**June 23, 2025**

**MEMORANDUM FOR BUREAU HEADS AND EEO OFFICERS**

**FROM:** Michael Faulkender, Deputy Secretary /s/ M. Faulkender

**SUBJECT:** Reasonable Accommodation Guidance

In accordance with the Return to In-Person Work Executive Order, on January 22, 2025, the Office of Personnel Management (OPM) issued "Guidance on Presidential Memorandum Return to In-Person Work" requiring agencies to revise agency "telework polic[ies] issued under 5 U.S.C. §6502(a)(l)(A) to state that eligible employees must work full time at their respective duty stations unless excused due to a disability, qualifying medical condition, or other compelling reason certified by the agency head and the employee's supervisor."

The following procedures outline the Department's process for all Reasonable Accommodation (RA) requests for Telework and Remote Work.

- All requests for RAs are required to be processed by the appropriate RA Coordinator (RAC), who will facilitate the interactive process with the employee's supervisor in accordance with 29 C.F.R. Part 1630.
- Upon approval by the employee's supervisor, the appropriate RAC will submit the request to the Bureau Head for review and approval. Bureau Heads may not designate another Bureau Official to act on the Bureau Head's behalf for such RA requests.
- Once approved by the Bureau Head, Bureau RACs will submit the approved request to the Office of Civil Rights and Equal Employment Opportunity (OCRE) via the RA Tracking spreadsheet to RTO-ReasonableAccommodations@treasury.gov. Submissions shall not include any employee identifying information or PII.
- Mandatory review timelines are implemented for all deciding officials (e.g., no more than three (3) business days for supervisors to approve or deny a RA request) when presented with a RA case with completed medical documentation.

***Note: Non-related RA requests for telework or remote work should he processed by the appropriate Office of Human Resources.***

**Approval Authority**

Approval authority for the categories of RA requests outlined below is retained at the Bureau Head or supervisor level and Bureaus do not need to forward the cases to the Department for review.

**Bureau Head Delegations**

1. Pregnant Workers Fairness Act (PWFA): Employees requesting an accommodation under PWFA due to pregnancy, childbirth, or related medical conditions shall be

approved for telework when supported by medical documentation. This includes during pregnancy and for up to 90 days postpartum.

2. Schedule A: Employees hired under the Schedule A special hiring authority may be approved for telework/remote work where medical documentation indicates it is the most effective accommodation to support the individual's disability.
3. Recovery from Surgery: Employees requesting telework to recover from surgery or a medical procedure may be approved when the duration of the request is 90 days or less. Requests exceeding 90 days will still require Department-level approval.
4. Terminal Illness: Employees diagnosed with a terminal illness are eligible for telework as an accommodation without further Department-level review.
5. Undergoing Treatment: Employees currently undergoing treatment for serious health conditions (e.g., cancer, dialysis) may be approved for telework. Requests exceeding six months will still require Department-level approval.

**Supervisor Delegation**

1. Supervisors have the authority to approve interim accommodations for up to 90 days to allow sufficient time for processing new RA requests involving telework or remote work. If additional time is needed to complete the processing of a RA request, employees may apply, and supervisors may approve, for an additional 90 days.

For questions on Treasury's Return to Office RA procedures, please contact the OCRE at RTO ReasonableAccommodations@treasury.gov.

cc: Office of Civil Rights and EEO