UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION,<br>*Plaintiff*,<br>v.<br>INTERNAL REVENUE SERVICE, *et al.*,<br>*Defendants*. | Civil Action No. 26-2299 (RCL) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' Motion to Dismiss, and the entire record herein, it is hereby

ORDERED that Defendant's motion is GRANTED, and it is further

ORDERED that the Complaint is dismissed with prejudice.

SO ORDERED:

__________________
Date

______________________________
ROYCE C. LAMBERTH
United States District Judge